UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>2. JOSE TORRES,                        )<br>   a/k/a "Goldy," a/k/a "Goldy Tech," )<br>            Defendant.               ) | Criminal No. 23-10127-LTS |

**DECLARATION OF ALEXANDRA W. AMRHEIN**
**REGARDING SERVICE OF PROCESS**

I, Alexandra W. Amrhein make the following declaration:

1.  I am an Assistant United States Attorney. I represent the United States of America in this case.

2.  I hereby certify that the following individuals/entities have been served a certified copy of the Preliminary Order of Forfeiture (Docket No. 151), issued by the Court on November 30, 2023, pursuant to 21 U.S.C. § 853(n)(1):

    a)  Jose Torres, Springfield, MA 01108.

Attached as Exhibit A is the USPS Domestic Return Receipt acknowledging service.

3.  I also certify that counsel for the Defendant has been served a copy of the Preliminary Order of Forfeiture via the Electronic Case Filing system (ECF), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), incorporating Supplemental Rule G(4)(b)(iv), which provides for service by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 7th day of March in Boston, Massachusetts.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By: /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Dated: March 7, 2024