UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>2. JOSE TORRES, )<br>   a/k/a "Goldy," a/k/a "Goldy Tech," )<br>      Defendant. ) | Criminal No. 23-10127-LTS |

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.  A proposed Final Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

1. On November 30, 2023, in connection with the charges against defendant Jose Torres, a/k/a "Goldy," a/k/a "Goldy Tech" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    (a) a Honda Civic race-car known as "Goldy Tech," seized from 87 Oak Street, Springfield, MA (the "Vehicle").

2. Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on December 6, 2023, and ending on January 4, 2024.  *See* Docket Nos. 182 and 183.

3. No claims of interest in the Vehicle have been filed with the Court or served on

the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Vehicle in the form submitted herewith.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By: */s/ Alexandra W. Amrhein*
PHILIP A. MALLARD
ALEXANDRA W. AMRHEIN
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated:  March 7, 2024     Alexandra.Amrhein@usdoj.gov