UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                           )<br>)<br>2. JOSE TORRES,                          )<br>   a/k/a "Goldy," a/k/a "Goldy Tech,"  )<br>        Defendant.                       ) | Criminal No. 23-10127-LTS |

**FINAL ORDER OF FORFEITURE**

**SOROKIN, D.J.**

WHEREAS, on November 30, 2023, in connection with the charges against defendant Jose Torres, a/k/a "Goldy," a/k/a "Goldy Tech" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a)   a Honda Civic race-car known as "Goldy Tech," seized from 87 Oak Street, Springfield, MA (the "Vehicle");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on December 6, 2023, and ending on January 4, 2024; and

WHEREAS, no claims of interest in the Vehicle have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.   The United States' Motion for a Final Order of Forfeiture is allowed.

2.   The United States of America is now entitled to the forfeiture of all right, title, or

interest in the Vehicle, and it is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

    3.    All other parties having any right, title, or interest in the Vehicle are hereby held in default.

    4.    The United States is hereby authorized to dispose of the Vehicle in accordance with applicable law.

    5.    This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

_____
LEO T. SOROKIN
United States District Judge

Dated: _____