

# Memorandum

To:     Honorable Leo T. Sorokin, U.S. District Judge

From:  Martha Victoria, Senior U.S. Probation Officer

CC:     Maria D'Addieco, Supervising U.S. Probation Officer

        Philip A. Mallard, Assistant U.S. Attorney

        J.W. Carney, Jr., Defense Attorney

        Nat Carney, Defense Attorney

Date:   December 31, 2024

Re:     <u>U.S. v. Jose Torres</u> (23-CR-10127-LTS-2) - Request for a Continuance of Sentencing

---

The Probation Officer requests a continuance (approximately two months) of Jose Torres' sentencing hearing, which is now set for February 12, 2025. Due to personal and professional commitments, it would be helpful to have additional time to complete this investigation and report.

The Probation Officer has reached out to both parties, and they have no objection to a two-month continuance of the sentencing hearing.

Please let me know if you have any questions. Thank you for your consideration of this request.