UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 23-CR-10127-LTS-2 |
| | ) | |
| JOSE TORRES | ) | |

### APPEARANCE OF COUNSEL FOR THE DEFENDANT

Please enter my appearance on behalf of the defendant, Jose Torres.

JOSE TORRES
By His Attorney,

*Daniel J. Gaudet*

Daniel J. Gaudet, B.B.O. # 688120
Carney, Gaudet & Carney
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

July 13, 2025

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date.

*Daniel J. Gaudet*

Daniel J. Gaudet