UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 23-CR-10127-LTS |
| | ) | |
| JOSE TORRES | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The defendant, Jose Torres, moves this Court to continue his sentencing hearing from its presently scheduled date of September 3, 2025, to one of the following dates, January 6, January 7, January 8, or January 9, 2026, or any other date convenient for the Court and the Parties. The reason for this continuance is so that Mr. Torres can participate in and complete this Court's Restorative Justice Program ("RJP") prior to sentencing. Opposing counsel, Assistant U.S. Attorney Phil Mallard ("AUSA Mallard"), assents to the continuance. As further grounds in support, Mr. Torres asserts the following:

1. This Court granted Mr. Torres's request to participate in RJP on March 19, 2025. ECF No. 339. Counsel, Mr. Torres, and U.S. Probation Officer Marth Victoria ("PO Victoria") have made diligent efforts to enroll Mr. Torres in RJP with Supervising U.S. Probation Officer Maria D'Addieco ("PO D'Addieco"), who coordinates RJP. Probation reported that Mr. Torres was unable to enroll in the summer session because it was already filled. Mr. Torres planned to enroll in the fall session of RJP, which begins at the end of August.

2. The most recent update from PO D'Addieco is that she is awaiting budget approval and was thus holding off on enrolling Mr. Torres into RJP. On July 28, 2025, PO D'Addieco informed the Parties that there is an RJP session scheduled to begin at the end of August,

1

and she hopes to hear any day from the budget department. On August 12, 2025, PO Victoria followed up with PO D'Addieco and is awaiting a response regarding Mr. Torres's enrollment in RJP.

3. Mr. Torres's sentencing hearing is scheduled for September 3, 2025. Mr. Torres has consistently expressed a desire to participate in and complete RJP prior to sentencing since he first learned of the program. Through no fault of his own, Mr. Torres has been unable to participate in RJP. His participation in RJP is part of the positive, personal growth that Mr. Torres has undertaken in the intervening years since this matter was first charged. Specifically, Mr. Torres completed his GED on February 16, 2024, and he subsequently enrolled in college courses towards obtaining his associate's degree in landscaping design at Springfield Community College in fall 2024. He has another two semesters before graduation, has already enrolled in the fall semester for 2025, and his classes are scheduled to begin in September 2025.

4. Undersigned counsel informed opposing counsel, AUSA Mallard, regarding Mr. Torres's request to continue the sentencing hearing so that Mr. Torres can complete RJP. Opposing counsel assents to Mr. Torres's request.

5. Accordingly, Mr. Torres requests that this Court continue Mr. Torres's sentencing hearing from its presently scheduled date of September 3, 2025 to January 6, January 7, January 8, or January 9, 2026, or any other date convenient for the Court and the Parties and further asks that this Court enter an updated scheduling order for presentence filings. This additional time will allow Mr. Torres to complete the restorative justice programming prior to sentencing, and a revised scheduling order for presentence filings will allow U.S. Probation to include Mr. Torres's participation in RJP in its presentence report.

6. A continuance is necessary to afford the Parties "reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). Mr. Torres further requests that the Court exclude the time from the date of filing this motion, until the date of the rescheduled sentencing hearing before the District Court in the interests of justice, pursuant to 18 U.S.C. §§ 3161 *et seq*. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy sentencing hearing. 18 U.S.C. § 3161(h)(7)(A). Good cause justifies the Court's continuing the sentencing date to a further date convenient for the Court and the Parties. Additionally, good cause justifies amending the presentence scheduling order in accordance with the revised sentencing date, so that U.S. Probation may include information regarding Mr. Torres's participation in RJP as part of its presentence report.

## CONCLUSION

WHEREFORE, the defendant requests that this Court allow this motion without a hearing, continue the sentencing hearing to one of the proposed dates, and update the presentence filing scheduling order to align it with the new sentencing date.

JOSE TORRES,<br>
By His Attorneys,<br>
CARNEY, GAUDET & CARNEY<br>
<br>
*Nat Carney*<br>
Nat Carney<br>
B.B.O. # 709020<br>
<br>
20 Park Plaza, Suite 614<br>
Boston, MA 02116<br>
NCarney@CARNEYdefense.com

August 15, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ Nat Carney*

Nat Carney

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>JOSE TORRES )<br>) | Crim. No. 23-CR-10127-LTS |

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S ASSENTED-TO
MOTION TO CONTINUE SENTENCING**

I, Nat Carney, submit that the facts reflected in the above motion are true to the best of my current information and belief.

*Nat Carney*

Nat Carney

August 15, 2025